## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
**(973) 776-7700**

CHAMBERS OF
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

September 14, 2021

## **LETTER ORDER**

Re: **Perez v. Abarrotes Mixteca Corp., et al.**
    Civil Action No. 21-3924 (KM)

Dear Counsel:

The Court will conduct a telephone conference with the parties in this matter on **October 13, 2021 at 11:30 AM** to discuss the parties' joint request for settlement approval. Counsel for both parties along with Plaintiff and a representative for Defendants shall participate in the conference. Counsel for Plaintiff shall initiate the call.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**