## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### (973) 776-7700

**CHAMBERS OF**
**JAMES B. CLARK, III**
**UNITED STATES MAGISTRATE JUDGE**

U.S. COURTHOUSE
50 WALNUT STREET, ROOM 2060
NEWARK, NJ 07102

October 15, 2021

## LETTER ORDER

Re:   **Perez v. Abarrotes Mixteca Corp., et al.**
      **Civil Action No. 21-3924 (KM)**

Dear Counsel:

The telephone conference scheduled in this matter for **October 18, 2021 at 11:30 AM** will instead be held at **3:00 PM**.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**